JEFFREY R. EPP, City Attorney/SBN 123565
MICHAEL R. MCGUINNESS, Asst. City Attorney/SBN 132646
CHRISTINA M. MILLIGAN Deputy City Attorney/SBN 231655
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
(760) 839-4608 Tel.
mmcguinness@ci.escondido.ca.us
cmilligan@ci.escondido.ca.us

Attorneys for Defendants City of Escondido;
Jim Maher; Timothy Reiley; and Roger Cirilo

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET FAVREAU, individually and as successor-in-interest to Decedent JENNIFER FAVREAU; D.F., a minor, individually and as successor-in-interest to Decedent JENNIFER FAVREAU, by and through her grandmother and guardian ad litem, JANET FAVREAU,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ESCONDIDO, a municipal corporation; JIM MAHER, in his official capacity as Chief of Police for the CITY OF ESCONDIDO; TIMOTHY REILEY, individually and in his official capacity as a police officer for the CITY OF ESCONDIDO; ROGER CIRILO, individually and in his official capacity as a police officer for the CITY OF ESCONDIDO; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.: '10-CV-2348-W (WVG)<br><br>JOINT MOTION FOR ORDER REQUIRING PRODUCTION OF HEALTH & HUMAN SERVICES RECORDS; PROPOSED ORDER THEREON |

Plaintiffs JANET FAVREAU and D.F., by and through their counsel of record, and Defendants CITY OF ESCONDIDO, JIM MAHER, TIMOTHY REILEY and ROGER CIRILO (collectively referred to herein as "Defendants"), by and through their counsel of record, agree and jointly move as follows:

1. That Plaintiffs have filed an action, the instant action herein, alleging causes of action for Federal civil rights and state law violations arising out of an incident on October 15,

1  2009, in the City of Escondido, California. During the course of that incident, Defendant Timothy Reiley discharged his weapon and Plaintiffs' decedent, Jennifer Favreau ("Decedent"), died as a result.

2. Counsel for the parties are informed and believe that Decedent was receiving public aid and assistance through the County of San Diego's Health and Human Services Agency ("HHSA") or related County agencies or departments before and at the time of her death.

3. In the instant action, Plaintiffs seek economic and noneconomic damages for the alleged violation of their civil rights. Relevant to the issue of their damages is Decedent's receipt of government aid and benefits which benefitted Decedent and Plaintiffs including, but not limited to, Medi-Cal coverage, food stamps, employment services, housing aid or services, financial aid in the form of cash, reimbursements, school loans or grants, and all other services and aid provided to Decedent or Plaintiffs arising out of their relationship to Decedent.

4. Defendants have subpoenaed these HHSA records from the County of San Diego. The County of San Diego objects to the production of these records pursuant to California Welfare & Institutions Code § 10850. The County has agreed to produce these records pursuant to an Order issued by this Court.

5. The parties jointly move that this Court issue an order requiring the HHSA to produce the records in its possession, custody and control relating to all government aid and benefits provided to Decedent as these records are discoverable under federal law in light of the damages claims in this case.

///
///
///
///
///
///
///
///

6. The parties further jointly agree and move that a Protective Order be in place to preserve the confidentiality of any and all records that are disclosed pursuant to this Joint Motion.

DATED: September 15, 2011        LAW OFFICES OF JOHN L. BURRIS

                                 By:  s/ Benjamin Nisenbaum
                                      Benjamin Nisenbaum
                                      Attorneys for Plaintiffs

DATED: September 15, 2011        OFFICE OF THE CITY ATTORNEY
                                 Jeffrey R. Epp, City Attorney

                                 By:  s/ Michael R. McGuinness
                                      MICHAEL R. MCGUINNESS
                                      Assistant City Attorney/Litigation
                                      Attorneys for Defendants

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all above-referenced counsel and that I have obtained authorization from each counsel to affix their signatures to this document.

                                 Respectfully submitted,

DATED: September 15, 2011        OFFICE OF THE CITY ATTORNEY
                                 Jeffrey R. Epp, City Attorney

                                 By:  s/ Michael R. McGuinness
                                      MICHAEL R. MCGUINNESS
                                      Assistant City Attorney/Litigation
                                      Attorneys for Defendants